# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ONESOURCE DISTRIBUTORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GILBANE FEDERAL f.k.a. ITSI GILBANE COMPANY, a California corporation; et al.,<br><br>Defendants. | Case No.: 18-CV-2578 TWR (LL)<br><br>**ORDER LIFTING STAY AND SETTING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 8) |

Presently before the Court is the Parties' Joint Status Report (ECF No. 8), in which the Parties "request that the stay be lifted, and this case proceed per the normal course."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

(*Id.* at 1.)  The Court therefore **LIFTS** the stay and **ORDERS** Defendants to respond to Plaintiff's Complaint on or before October 28, 2020.

**IT IS SO ORDERED.**

Dated:  October 6, 2020

_____
Honorable Todd W. Robinson
United States District Court